FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2023 MAY -5  P 12: 09

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.  )<br>  )<br>HESAM FATEHI PEYKANI,  )<br>   (a/k/a "Afshin Ebrahimi" or "Afshin  )<br>   Ibrahimi,")  )<br>  )<br>Defendant.  )<br>  ) | Case No. 1:20-cr-206 |

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND OTHER DOCUMENTS**

The United States, by and through its undersigned counsel, respectfully asks the Court to enter an order, in the same or substantially the same form as the proposed order submitted herewith, unsealing the indictment and other documents previously sealed pursuant to the Sealing Order entered on August 27, 2020.  The reasons for sealing previously articulated by the United States no longer apply, and the United States does not wish for the matter to remain sealed.  As such, the indictment and other documents should be unsealed.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/ Alex Blanchard

Alexander E. Blanchard
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
alexander.blanchard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I filed the foregoing with the Clerk of Court and sent an electronic copy of the same to all counsel of record.

_____
Alexander E. Blanchard
Assistant United States Attorney